UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 23720
   JAMES L NICHOLAS
   ELAINE NICHOLAS                        CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-6977    SSN XXX-XX-4507
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/08/08 .

   2.  The case was dismissed without confirmation, 01/09/2009.

   3.  The Debtor paid a total of $     675.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LASALLE BANK | SECURED | .00 | .00 | .00 |
| LASALLE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ADVANCE LOANS INC | SECURED VEHIC | NOT FILED | .00 | .00 |
| ASSOCIATES NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MACYS CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| RNB FILEDS 3 | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| MAXWELL LAW GROUP | REIMBURSEMENT | 48.00 | .00 | 48.00 |

        Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 48.00 | .00 | .00 | 48.00 |
| PRINCIPAL PAID | .00 | 48.00 | .00 | .00 | 48.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 48.00 | .00 | .00 | 48.00 |

The Debtor's attorney, MAXWELL LAW GROUP              , was allowed $   3500.00
and was paid $     591.22 .

The Trustee received $     35.78 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 23720 JAMES L NICHOLAS & ELAINE NICHOLAS